**No. 51418.**—Protest 98781–K of R. C. Williams & Co., Inc. (New York).

Opinion by KEEFE, J.   It was stipulated that the merchandise and issues herein are similar in all material respects to those involved in *United States* v. *Somerset* (33 C. C. P. A. 138, C. A. D. 328) and that a quantity of liquor amounting to 10 percent or more of the total contents of the various barrels, casks, packages, etc., was lost in transit from the port of exportation to the port of destination, due to breakage, leakage, or damage.   In accordance therewith it was held that an allowance should have been made for the loss appearing upon the gauger's return as verified by the affidavit of the importer.   The protest was sustained to this extent.

NOVEMBER 18, 1946

**No. 51419.**— SUIT   4497.—
American Mail Line, Ltd. v. *United States*, C. D. 885 dismissed by stipulation on September 30, 1946.

**No. 51420.**—SUIT 4554.— *Bing Kee & Co.* (*Arthur J. Fritz & Co.*) v. *United States*.   C. D. 1006 dismissed by stipulation on September 30, 1946.

BEFORE THE SECOND DIVISION, NOVEMBER 20, 1946

**No. 51421.**—Protest 108787–K of Caradine Hat Co. (St. Louis).

Opinion by TILSON, J.   It was agreed that certain items consist of hats which are similar in all material respects to those involved in Abstract 49035.   In accordance therewith and following the cited authority the merchandise in question was held dutiable as claimed.

**No. 51422.**—Protests 99566–K, etc., of Strauss-Eckardt Co., Inc., et al. (Galveston, etc.).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.